IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

ARNOLD GOLDEN

    Plaintiff,

vs.

BANCO POPULAR DE PUERTO RICO,

    Defendant.

Civil Action No. 3:20-cv-00095

**NOTICE OF MOTION AND MOTION FOR AN ORDER GRANTING: CERTIFICATION OF THE SETTLEMENT CLASS; FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT; PAYMENT OF FEES AND COSTS FOR CLASS COUNSEL AND LIAISON COUNSEL; AND, PAYMENT OF A SERVICE AWAARD TO THE CLASS REPRESENTATIVE**

    Count-appointed Class Representative and Class Counsel hereby give notice that on September 8, 2023 at 10:00 a.m. before the Honorable Ruth Miller of the United States District Court of the United States Virgin Islands, Division of St. Thomas and St. John; 5500 Veteran's Drive, St. Thomas, United States Virgin Islands, 00802, they will move for an order granting: certification of the settlement class; final approval of the class action settlement; payment of fees and costs to Class Counsel and Liaison Counsel; and, payment of a service award to the Class Representative. In support of this motion, the Class Representative and Class Counsel rely upon this Motion; the memorandum of law in support of this motion; the Declaration of Michael R. Reese; the Declaration of Korey A. Nelson; the Declaration of Jeffrey Kaliel; the Declaration of Arnold Golden; and, the Declaration of Scott M. Fenwick from Kroll Settlement Administration, LLC.[1]

---

[1] A proposed order granting final approval will be submitted to the Court by Class Counsel shortly before the final approval hearing scheduled for September 8, 2023.

Dated:  July 25, 2023

Respectfully submitted,

/s/ *Korey A. Nelson*
**BURNS CHAREST LLP**
Korey A. Nelson V.I. Bar No. 2012
Leila Abu-Orf (admitted *pro hac vice*)
*knelson@burnscharest.com*
*labuorf@burnscharest.com*
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845

*Liaison Counsel for the Class*

**KALIEL PLLC**
Jeffrey D. Kaliel (admitted *pro hac vice*)
Sophia G. Gold (admitted *pro hac vice*)
*jkaliel@kalielpllc.com*
*sgold@kalielpllc.com*
1875 Connecticut Avenue NW
Washington, D.C. 20009
Telephone: (202) 150-4783

**REESE LLP**
Michael R. Reese (admitted *pro hac vice*)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

*Court-Appointed Class Counsel*